IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RYAN WOLLNER, | § | |
| | § | |
| Plaintiff Below, | § | No. 257, 2022 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| PEARPOP INC., | § | C.A. No. 2021-0157 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: November 21, 2022
Decided: December 13, 2022

## **ORDER**

It appears to the Court that, on November 4, 2022, the Chief Deputy Clerk issued a notice, by certified mail and through File & ServeXpress, directing the appellant to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. The opening brief and appendix were due by October 13, 2022. Postal records confirm that the notice to show cause was delivered on November 8, 2022. A timely response to the notice to show cause was due on or before November 18, 2022. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice